IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ALLISON SHARETTE BRITT, <br> # 272290, <br><br> Petitioner, <br><br> v. <br><br> FRANK ALBRIGHT, *et al.*, <br><br> Respondents. | ) <br> ) <br> ) <br> ) <br> )    CASE NO. 1:14-CV-125-WKW <br> ) <br> ) <br> ) <br> ) <br> ) |

## **ORDER**

On May 12, 2016, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 8.) Upon an independent review of the file and upon consideration of the Recommendation, it is ORDERED that

(1)    The Recommendation is ADOPTED;

(2)    Petitioner's petition for writ of habeas corpus under 28 U.S.C. § 2254 (Doc. # 1) is DENIED; and

(3)    This case is DISMISSED with prejudice.

A separate final judgment will be entered.

DONE this 20th day of June, 2016.

                                    /s/ W. Keith Watkins
                            CHIEF UNITED STATES DISTRICT JUDGE